**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>DENNIS WILLIAM EMMETT, AKA Dennis Emmett,<br><br>  Defendant - Appellant. | No. 10-50031<br><br>D.C. No. 2:07-cr-00134-DDP-3<br>Central District of California,<br>Los Angeles<br><br>ORDER |
|---|---|



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 2 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Appellant's motion for a stay of proceedings is granted. The court grants appellant a 90-day stay. Within 90 days after the date of this order, appellant shall move for appropriate relief and file another motion or file the opening brief. The answering brief is due within 30 days after service of the opening brief. The optional reply brief is due within 14 days after service of the answering brief.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
  and Ninth Circuit Rule 27-10

Lking/7.26.10/lkk/Pro Mo