1  SEAN KENNEDY (No. 145632)
   (Sean_Kennedy@fd.org)
2  Federal Public Defender
   JAMES H. LOCKLIN (No. 162520)
3  (James_Locklin@fd.org)
   Deputy Federal Public Defender
4  Office of the Federal Public Defender
   321 East 2nd Street
5  Los Angeles, California 90012-4202
   Telephone: (213) 894-2929
6  Facsimile: (213) 894-0081

7  Attorneys for Defendant
   DENNIS WILLIAM EMMETT



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-134-DDP |
| Plaintiff, | |
| v. | [Proposed] Order |
| DENNIS WILLIAM EMMETT, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that

- Court Reporter Maria Bustillos shall provide Dennis William Emmett's counsel (the Federal Public Defender's Office) with a copy of the transcript of codefendant Sonny Vleisides' sentencing on September 15, 2010. That transcript shall remain under seal unless and until a further order of this Court says otherwise.
- The Court's clerk shall provide Emmett's counsel with copies of any exhibits referenced during Vleisides' sentencing, including any filed under seal.
- The Court's clerk shall provide Emmett's counsel with a copy of Vleisides' under-seal plea agreement.

1  Emmett's counsel may not disclose any of these documents to any other
2  persons, including Emmett. If any of these documents are relevant to Emmett's
3  pending appeal, they may be filed in the Ninth Circuit under seal.
4  It is further ordered that defendant's Unopposed Ex Parte Application for Order
5  Disclosing Transcript and Other Documents to Defense Counsel for Purposes of
6  Appeal; Declaration of James H. Locklin, lodged on September 21, 2010, shall be
7  filed under seal.
8  IT IS SO ORDERED.

DATED: September 22, 2010

HON. DEAN D. PREGERSON
United States District Judge

Submitted by:

JAMES H. LOCKLIN
Deputy Federal Public Defender

2

# Certificate of Service

I, the undersigned, declare: that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California, 90012-4202; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the Ninth Circuit Court of Appeals and the United States District Court for the Central District of California, and at whose direction I served the following:

- **[Proposed] Order**

On September 21, 2010, following ordinary business practice, service was:

[ X ] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[   ] By hand-delivery addressed as follows:

[ X ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[   ] By facsimile as follows:

Daniel Saunders
Assistant United States Attorney
1200 U.S. Courthouse
312 North Spring Street
Los Angeles, California  90012

(by Interoffice Mail)

Michael Raphael
Assistant United States Attorney
1200 U.S. Courthouse
312 North Spring Street
Los Angeles, California  90012

(by Interoffice Mail)

Gregory Nicolaysen
Gregory Nicolaysen Law Offices
27240 Turnberry Lane, Suite 200
Valencia, California  91355

(by U.S. Mail)

This proof of service is executed at Los Angeles, California, on September 21, 2010.

1   I declare under penalty of perjury that the foregoing is true and correct to the
2   best of my knowledge.

*[signature]*
Deborah Cato