FILED

NOV 30 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 10-50031 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:07-cr-00134-DDP<br>Central District of California,<br>Los Angeles |
| v. | |
| DENNIS WILLIAM EMMETT, | ORDER |
| Defendant - Appellant. | |



RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: David J. Vignol
Deputy Clerk

DV/MOATT Direct Criminal